IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FOSSA LTD., ICELANDICPLUS LLC and
STEVEN BARLOW,
                    Plaintiffs,

v.

I JIAN LIN and
ENCOMPASS COMMUNICATIONS, INC.,
                    Defendants,

Case No. **1:16-cv-11914**

**STIPULATION RE: EXTENSION OF DATE
TO ANSWER OR OTHERWISE RESPOND
TO COMPLAINT TO OCTOBER 24, 2016**

On September 21, 2016, Defendants removed this action from the Massachusetts

Superior Court for Suffolk County (Dkt. No. 1).  In that Notice of Removal, Defendants stated

that Plaintiffs had agreed to a 30-day extension of time to answer or otherwise respond to the

Complaint, "to and including October 4, 2016."  This date was a typographical error: the correct

date to which the Parties have agreed for the Defendants to answer or otherwise respond to the

Complaint is October **24**, 2016.

Via email on September 28, 2016, Counsel for Plaintiffs agreed to the filing of this

Stipulation and authorized the undersigned Counsel for Defendants to sign this document on his

behalf.

DATED this 4th day of October, 2016.

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO#649304)
**MATORIN LAW OFFICE, LLC**
18 Grove Street, Suite 5
Wellesley, MA 02482
T:  (781) 453-0100
F:  (888) 628-6746
E: mmatorin@matorinlaw.com
*Counsel for Defendants*

/s/ Valentin D. Gurvits
Valentin D. Gurvits (BBO# 643572)
Boston Law Group, P.C.
825 Beacon Street, Suite 20
Newton Centre, MA 02459
T: (617) 928-1804
E: vgurvits@bostonlawgroup.com
*Counsel for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those not registered on October 4, 2016.

<u>/s/ Mitchell J. Matorin</u>