UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC AND STEVEN BARLOW, <br><br> Plaintiffs, <br><br> v. <br><br> I JIAN LIN AND ENCOMPASS COMMUNICATIONS, INC., <br><br> Defendants. | C.A. No. 1:16-cv-11914-LTS |

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned hereby gives notice of his appearance as counsel of record in the above-captioned matter for Plaintiffs Fossa Ltd., IcelandicPLUS, LLC, and Steven Barlow.

>  */s/ Thomas M. Ciampa*
> Thomas M. Ciampa (BBO# 566898)
> Ciampa Fray-Witzer, LLP
> 20 Park Plaza, Suite 505
> Boston, MA 02116
> Tel: (617) 426-0000
> Fax: (617) 423-4855
> Tom@CFWLegal.com

Dated:  October 5, 2016

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 5, 2016.

>  */s/ Thomas M. Ciampa*