UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fossa Ltd., IcelandicPLUS LLC and Steven Barlow<br><br>    Plaintiffs,<br><br>v.<br><br>I Jian Lin and Encompass Communications, Inc. d/b/a "BrandIntent"<br><br>    Defendants. | Case No.<br>1:16-cv-11914-LTS |

## NOTICE OF WITHDRAWAL

Attorneys Matthew Shayefar and Valentin Gurvits of Boston law Group, PC, hereby provide notice pursuant to Federal Rule of Civil Procedure 11(c) of their withdrawal from the above captioned case on behalf of Plaintiffs. In support hereof, the undersigned state that successor counsel Attorney Thomas M. Ciampa has appeared on behalf of Plaintiffs, that there are no motions currently pending before the court, and that no trial date has been set.

Accordingly, Attorneys Shayefar and Gurvits hereby withdraw as counsel for.

Dated: October 5, 2016

                                               Respectfully submitted,
                                               Attorneys Matthew Shayefar and
                                               Valentin Gurvits,

                                               /s/ Matthew Shayefar
                                               Matthew Shayefar, Esq. (BBO 685927)
                                               Valentin Gurvits, Esq. (BBO 643572)
                                               BOSTON LAW GROUP, PC
                                               825 Beacon Street, Suite 20
                                               Newton Centre, Massachusetts 02459

                                            Tel: 617-928-1806
                                            Fax: 617-928-1802
                                            matt@bostonlawgroup.com
                                            vgurvits@bostonlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that it will be served upon Plaintiffs by e-mail.

Dated: October 5, 2016                /s/ Matthew Shayefar