IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS LLC and STEVEN BARLOW,<br>            Plaintiffs,<br><br>v.<br><br>I JIAN LIN and<br>ENCOMPASS COMMUNICATIONS, INC.,<br>            Defendants | Case No. **1:16-cv-11914**<br><br>**ASSENTED-TO MOTION FOR ADDITIONAL EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT TO NOVEMBER 7, 2016** |

On October 4, 2016, Defendants filed a Stipulation setting the deadline for Defendants to answer or otherwise respond to the Complaint, to and including October 24, 2016. As a result of Defendants' ongoing health issues and a death in the family, undersigned counsel has been hampered in obtaining the information necessary to adequately answer or otherwise respond to the Complaint. Accordingly, Defendants request an additional two-week extension of time, to and including November 7, 2016.

Undersigned counsel has conferred with Thomas Ciampa, counsel for Plaintiffs, and is authorized to represent that he assents to this Motion.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request a 2-week extension to and including November 7, 2016, to answer or otherwise respond to the Complaint.

Dated:  October 21, 2016.

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO#649304)
**MATORIN LAW OFFICE, LLC**
18 Grove Street, Suite 5
Wellesley, MA 02482
T:  (781) 453-0100
F:  (888) 628-6746
E: mmatorin@matorinlaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those not registered on October 21, 2016.

/s/ Mitchell J. Matorin