## DECLARATION OF TRUST

### Fossa Ltd.

**The Parties: Fossa Ltd.**

**Nominees:** MR. JOHN BENJAMIN **for and on behalf of A.G.M International Limited**

**The Owner (s):** MR. I JIAN LIN & MR. STEVEN BARLOW

The Share (s): Fifty Thousand shares numbered 1 to 50,000 Registered in the name and in the books of the company.

The Company: Having its Registered Office situated at
Benjamine Company Services Limited
Hannah–Waver House
P. O. Box 801
The Valley
Anguilla

Date of Execution: 4th November, 2014

**BY THIS INSTURMENT** made on the above date of execution and incorporating the above definitions:

**The Nominee:-**

(1) Declares that it holds the share (s) as nominee for the owners (one half owned by each) and shall have no power to deal with the share(s) accept as directed by the owner.

(2) Authorizes the Owner as his /hers its attorney to execute and deliver any transfer of the said share(s) and in particular to complete the blank transfer annexed hereto by entering the name of any transferee and causing the said transferee to execute and deliver the same or in his/ her its name to transfer or dispose of the said share (s) in any manner which may be permitted by the Articles of Association of the Company and by statute.

(3) Undertakes pending any transfer duly made in accordance with the foregoing clause to hold the said share (s) in trust for the owner absolutely.

(4) Undertakes at any meeting of the company to vote in accordance with the instructions of the Owners.

(5) Undertakes at any time and from time to time to instruct the Company to pay and dividend on the said share (s) to such person as the Owners may direct.

(6) Declares that this declaration of trust shall be binding on its executors administrators and assigns.

(7) Agrees to terminate this trust and nominee relationship upon instructions by the

Owner (s) and in such event, shall take such action as may be required to transfer the share(s) to the owner or his designee subject to a release being executed

**The Owners Release and Indemnity:**

The Owner undertakes to indemnify the Nominees and it Directors, Agents and or Servants provided the Nominee performs in accordance with the provisions this Declaration of Trust, against any and all liability whatsoever and howsoever arising by reason of holding the share (s) in its name.

**AS WITNESS** the hands of the parties hereto the day and year first above written.

**SIGNED** by the above- named  )
**MR. JOHN BENJAMIN** for and  )
On behalf of A.G.M International  )
Limited  ) ..................................................
                                    Nominee Shareholder

..................................................
Witness

**SIGNED** by the above-names
MR. I JIAN LIN & STEVEN BARLOW
The Beneficial Owner (s)

_____   _____
The Owner – I Jian Lin        Witness  Matthew Shaxeta

_____   _____
The Owner – Steven Barlow     Witness  Paul D. Zeizel
                                       PAUL D. ZEIZEL

## DECLARATION OF SOLE BENEFICIAL OWNER

OF: **Fossa Ltd.**

The Owner (s): **MR. I JIAN LIN & STEVEN BARLOW**

The Share (s): The maximum number of shares that the company is authorized to issue is: Fifty Thousand Common Shares, Registered in the name and in the books of the Company.

The Company: Having its Registered Office at Benjamine Company Services Limited situated at Hannah–Waver House, The Valley, Anguilla.

Date of Execution: 18th November, 2014

**BY THIS INSTRUMENT** made on the 18th day of November, 2014. It is herby declared that **MR. I JIAN LIN & MR. STEVEN BARLOW** are the Sole Beneficial Owner (s) of the Maximum number of shares that the Company is authorized to issue herein above stated, with one half owned by each.

..........................................
Tanieshia Richards
Administrative Secretary
For and on behalf of
Benjamine Company Services Limited