| | |
|---|---|
| **From:** | steve barlow <sbarlow@murrfoods.com> |
| **Sent:** | Tuesday, October 08, 2013 12:38 PM |
| **To:** | Einar Tamimi |
| **Cc:** | I jian Lin |
| **Subject:** | Funds |

Einar:

Since funds are not available Murr is at a standstill. I Jian will not work while the company is insolvent and I don't blame him.

I suggest that you remedy this situation ASAP. Your investments to date are at extreme risk right now. I think you might be on the brink of bankruptcy. Lets discuss ASAP. Thanks.


Regards,

Steve


---
sent from my iPhone 5