

**- Register of Enterprises -**
Laugavegi 166, 150 Reykjavík, Iceland - Tel: +354 442-1250, Fax: +354 442-1279

# Certificate of Incorporation

**Fossa Enterprises ehf.**                                             **ID-nr:** 511214-0840

**Postal Address:** Skipholti 10                                       **Domicile:** Skipholti 10
105 Reykjavík                                                          105 Reykjavík

**Issued:** 12.12.2014

**Date of Articles of Association:** 4.12.2014

**Company's Board of Directors according to a meeting on: 4.12.2014:**
010966-3029    Ómar Már Jónsson, Bakkaseli 21, 109 Reykjavík, *Chairman*
200568-5839    Laufey Þóra Friðriksdóttir, Bakkaseli 21, 109 Reykjavík, *Reserve Director*

**Management:**
010966-3029    Ómar Már Jónsson, Bakkaseli 21, 109 Reykjavík

**Power of Procuration:**
010966-3029    Ómar Már Jónsson, Bakkaseli 21, 109 Reykjavík

**Auditors:**
590307-0760    APaL ehf, Glitvangi 11, 220 Hafnarfjörður

**Share capital:** ISK 500.000

**Signatures:** Director

**Restrictions on the handling of shares:** Yes

**Liability for redemption of shares:** No

**Activity code:**
**10.92.0** Manufacture of prepared pet foods

**Form of operation:** Private limited company