# Hluthafaákvörðun
# IcelandicPLUS ehf.
*Shareholder´s Resolution*
*IcelandicPLUS ehf.*

Vegna breyttrar eignaraðildar að einkahlutafélaginu IcelandicPLUS ehf., þann 16. september 2015, tók eini hluthafi félagsins eftirfarandi ákvarðanir.

*Because of a change in ownership of the private limited company IcelandicPLUS ehf., on September 16th, 2015, the sole shareholder of the company made the following decisions.*

Þar sem hluthafi er einn tekur hann ákvarðanir og skráir þær í gerðabók, sbr. 55. og 59. gr. laga um einkahlutafélög.

*As the company has only one shareholder, the shareholder makes his decisions and enters them into a record of minutes, cf. article 55 and 59 of the Act on Private Limited Companies.*

Hluthafinn staðfestir að stjórn hlutist til um að óska eftir að fá símanúmer fyrir félagið og að það verði tengt við innhringikerfi Turnsins að Smáratorgi 3, 201 Kópavogur. Það skal tengt þannig að möguleiki er að svara með nafni félagsins við innhringingu.

*The shareholder confirms that the board will attend to obtaining a telephone number for the company that will be connected to the telephone system of the Tower at Smaratorg 3, 201 Kópavogur. The telephone number shall be connected so that it will be possible to answer calls with the name of the company.*

Hluthafinn staðfestir einnig að stjórnarmaður Pétur Steinn Guðmundsson hdl. undirriti ráðningarbréf, dags. 16. september 2015 við Deloitte ehf.

*The shareholder also confirms that the boardmember Pétur Steinn Guðmundsson Attorney at Law, signs on behalf of the Company an Engagement Letter, date. September 16th 2015 with Deloitte Ltd.*

Fleiri mál voru ekki tekin fyrir. Þannig skráð í gerðarbók félagsins.
*Other matters were not presented. Thus entered into the record of minutes.*

16. september 2015
*September 16th, 2015*

Staðfest af Steven Barlow, fyrir hönd óstofnaðs félags (IcelandicPLUS Ltd)
*Confirmed by Steven Barlow, on behalf of a yet to be established company (IcelandicPLUS Ltd.)*

_____
Steven Barlow