# Framsalssamningur
## um hluti í
# IcelandicPLUS ehf.
### *ENDORSEMENT AGREEMENT FOR SHARES IN IcelandicPLUS ehf.*

---

16. september 2015
*September 16th, 2015*

Framseljandi:      Lögvit ehf., kt. 590897-2809
*Endorser:*        *Lögvit ehf., kt. 590897-2809*

Framsalshafi:      Steven Barlow
*Endorsee:*        *Steven Barlow*

# FRAMSAL HLUTA Í EINKAHLUTAFÉLAGINU ICELANDICPLUS EHF.
## *Endorsement Agreement for Shares in the Private Limited Company IcelandicPLUS ehf.*

Við undirritaðir aðilar; Pétur Steinn Guðmundsson hdl., f.h. Lögvit ehf., kt. 590897-2809, sem hér eftir í samningi þessum nefndur framseljandi, annars vegar og hins vegar Steven Barlow til heimilis að The Kensington, 665, Washington Street, PH27i, Boston, MA 02111, Bandaríkjunum, f.h. óstofnað félags sín (IcelandicPLUS Ltd), hér eftir í samningi þessum nefndir framsalshafi, gerum með okkur eftirfarandi

*We the undersigned Parties; Pétur Steinn Guðmundsson, attorney at law, on behalf of Lögvit ehf., id. number 590897-2809, hereafter in this Agreement referred to as "the Endorser", and Steven Barlow, domicled at The Kensington, 665, Washington Street, PH27i, Boston, MA, 02111, U.S.A., on behalf of a yet to be established company (IcelandicPLUS Ltd.), hereinafter referred to as "the Endorsee", agree to this*

## framsalssamning um eignarhluti:
### *Share Endorsement Agreement:*

### 1. gr.

Framseljandi lofar að framselja framsalshafa eignarhluti sína í einkahlutafélaginu IcelandicPLUS ehf., kt. 540915-1480, Smáratorgi 3, 201 Kópavogur, í samræmi við ákvæði 2. gr. samnings þessa. Nánar tiltekið er um að ræða framsal á 100% eignarhlut í félaginu að nafnverði kr. 500.000.

*The Endorser promises to endorse to the Endorsee his shares in the private limited company IcelandicPLUS ehf., id. number 540915-1480, Smáratorg 3, 201 Kópavogur, according to Article 2 of this Agreement. Specifically, the endorsement is of a 100% share in the company with a nominal value of 500,000 ISK.*

### 2. gr.
### Afhending hluta.
### *Delivery of shares.*

Afhending hinna framseldu hluta skal fara fram við undirritun samnings þessa. Skal framsalshafi greiða öll gjöld og hirða allan arð af hinum framseldu hlutum eftir að afhending eignarhlutanna hefur farið fram.

*Delivery of the endorsed shares shall take place upon the signing of this Agreement. The Endorsee shall pay all fees and receive all dividends from the endorsed shares after the delivery of the shares has taken place.*

Nánar tiltekið skulu áhættuskil vegna réttinda og skuldbindinga félagsins, opinberra gjalda o.s.frv. miðast við 16. september 2015. Vegna ofangreinds skal framseljandi ekki skuldbinda félagið umfram það sem fyrir er fram að afhendingu án undangengins samþykkis framsalahafa eða því sem tengist hefðbundnum nauðsynlegum rekstrarskuldbindingum.

*Specifically, any risk related to the rights and obligations of the company, official expenses, etc., shall be considered as endorsed to the Endorsee on September16[th], 2015. As such, the Endorser shall not bind the company more than is necessary before the date of endorsement without the prior consent of the Endorsee, unless these obligations are part of traditional necessary business obligations.*

Öll réttindi skulu fylgja hlutunum frá afhendingu samkvæmt samningi þessum, svo sem réttur til arðs, jöfnunarhlutar og áskriftar að nýjum hlutum.

*All rights shall accompany the shares from the date of delivery according to this Agreement, for example the right to dividends, compensation shares, and the right to subscribe to new shares.*

Undirritun framsalssamnings þessa skal jafngilda tilkynningu til stjórnar félagsins um eigendaskipti.

*The signing of this Agreement encompasses a notification to the board of directors of ownership change.*

### 3. gr.
### Trúnaðarmál.
### *Confidentiality.*

Efni samnings þessa skal vera trúnaðarmál á milli aðila. Aðilar eru sammála um að veita ekki upplýsingar um efni hans nema lög mæli fyrir um það eða aðilar verða sammála um að veita upplýsingarnar.

*The contents of this Agreement shall remain confidential. The Parties agree to not divulge any information as to its content unless ordered to do so by law or if the Parties agree to divulge the information.*

### 4. gr.
### Úrlausn ágreiningsmála.
### *Conflict resolution.*

Rísi ágreiningur um túlkun og framkvæmd framsalssamnings þessa, þá skal fara með þann ágreining til úrlausnar fyrir Héraðsdóm Reykjavíkur, dómhúsinu við Lækjartorg, Reykjavík.

*Any conflict arising regarding the interpretation and execution of this Agreement shall be presented to the District Court of Reykjavík at Lækjartorg, Reykjavík.*

### 5. gr.
### Ýmis ákvæði.
### *Miscellaneous provsions.*

Samningur þessi hefur samtals að geyma 6 greinar og er ritaður á 4 blaðsíður, að forsíðu meðtalinni.

*This Agreement contains a total of 6 Articles and is written on 4 pages, including the front page.*

Samningur þessi er gerður í 2 samhljóða eintökum eitt til varðveislu fyrir hvorn samningsaðila fyrir sig.

*This Agreement is produced in two identical copies, one copy for each Party.*

### Yfirlýsing framseljanda.
### *Declaration of the Endorser.*

Með vísan til ofangreinds lýsir Lögvit ehf., kt. 590897-2809, því yfir að Steve Barlow fyrir hönd óstofnaðs bandarísks félags, (IcelandicPLUS Ltd.), sé löglegur og réttmætur eigandi að öllum eignarhlutum framseljanda í einkahlutafélaginu IcelandicPLUS ehf. kt. 540915-1480, Smáratorgi 3, 201 Kópavogur, eða sem svarar til 100% eignarhlutdeildar, og er bær til að fara með öll réttindi og skyldur í tengslum við hinn framselda eignarhluta, í þeim

hlutföllum sem tilgreind eru í 2. gr. samnings þessa, þ.á.m. þann atkvæðisrétt er hinum framseldu eignarhlutum fylgir.

*With reference to the above, Lögvit ehf., id. number 590897-2809, declares that Steve Barlow, on behalf of the yet to be established American company (IcelandicPLUS Ltd.), is the legal and rightful owner of all the Endorser's shares in the private limited company IcelandicPLUS ehf., id. number 5540915-1480, Smáratorg 3, 201 Kópavogur, equivalent to a 100% share in the company, and that he is entitled to bear all rights and obligations related to the endorsed shares, in the ratio detailed in Article 2 of this Agreement, including the voting rights attached to the endorsed shares.*

Pétri Steini Guðmundssyni er falið að tilkynna breytingar á stjórn og samþykktum félagsins.

*Pétur Steinn Guðmundsson is assigned to report the changes to the board and Articles of Association of the company.*

Ofangreindu til staðfestu rita aðilar samnings þessa nöfn sín hér undir eigin hendi og í votta viðurvist.

*In confirmation of the above, the Parties of this Agreement sign their names below in their own handwriting and in the presence of witnesses.*

Kópavogur 16. september 2015,
*Kópavogur, September 16t,h 2015,*

Framseljandi                                      Framsalshafi
*Endorser*                                        *Endorsee*

Vottar að réttri dagsetning og undirskrift samningsaðila:
*Witnesses to the correct date and Parties' signatures:*

_____
Nafn/*Name*                    kt./*id. number*

_____
Nafn/*Name*                    kt./*id. number*