## Notice of Exercise of Warrant

August 13, 2015

### Acknowledgement

I, Omar Jonsson, hereby acknowledge that Fossa, Ltd., an Anguilla international business company ("Fossa Anguilla") has executed its warrant for all shares and/or ownership interest in Fossa Enterprises ehf, an Icelandic company ("Fossa Iceland"). I hereby sell and transfer to Fossa Anguilla all shares and/or ownership interest in Fossa Iceland in consideration of US$10.00, the sufficiency and receipt of which I hereby confirm. I represent and warrant that I own all shares and/or ownership interest in Fossa Iceland and that there are no warrants, options, liens or other encumbrances on the same. I agree to execute and deliver any and other documents that may be necessary or desirable to Fossa Anguilla to complete and evidence the sale and transfer of the shares and/or ownership interest in Fossa Iceland to Fossa Anguilla, including, without limitation, the endorsement and transfer of any and all stock certificates or other certificates in Fossa Iceland.

Acknowledged: _____     13/8/2015
Omar Jonsson                              Date

_____                     Aug 13, 15