---

**From:** steve barlow <sbarlow@fossaltd.com>
**Subject: Re: Bank account**
**Date:** October 9, 2015 at 12:29:52 AM EDT
**To:** I Jian Lin <ilin@fossaltd.com>

:-) no!

This is just to put all of our Iceland related expense/payables into the hands of Sonya and Deloitte Iceland. My goal is to get this bank account under the name of our nominee for Fossa Ltd. ASAP and avoid any of our names on the account.

Also, this bank account is not the important one - the account we establish for the new Icelandic+ top-co is where the sales income will go. That account will not be in Iceland and therefore no one in Iceland will have any access and information of our banking activities. My guess is that Einar can monitor the Fossa ehf bank account if he wants to… and may already be doing so. Thanks.


Regards,

Steve

---

Steve Barlow • Fossa LTD
P.O. Box 801, The Valley, Anguilla, British West Indies AI-2640

1

sbarlow@fossaltd.com
www.fossaltd.com
usa +1.617.733.3927

Confidentiality Statement:  The information in this message, including all of its contents and any files transmitted with it, is privileged, confidential, exempt from disclosure under applicable law, and is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient or not the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, email, delete this  email and destroy any copies and return the original message to us at the above email address.

On Oct 8, 2015, at 6:09 PM, I Jian Lin <ilin@fossaltd.com> wrote:

Should I be worry?

I Jian Lin • Fossa LTD
P.O.Box 801, The Valley, Anguilla, British West Indies Al-2640
Ilin@fossaltd.com
www.fossaltd.com
usa +1.617.543.6111
Iceland +354.848.7098


Begin forwarded message:

> **From:** "Pétur Steinn hdl. - Lögvit ehf." <ps@logvit.is>
> **Date:** October 8, 2015 at 5:51:55 PM EDT
> **To:** "'I Jian Lin'" <ilin@fossaltd.com>
> **Cc:** "'Sonya Livshits'" <sonya.business@gmail.com>
> **Subject: Bank account**
>
> Dear I Jian Lin, I hope I find you well.
>
> By request from Sonya/Steven, I cancelled you access to the bank account of Fossa Enterprises ehf. I am the only one who has access, to the account, until Steven takes over, hopefully next week.
>
> If you have any questions please do not hesitate to contact me or Sonya.
>
>
> Kveðja/Regards,
>
> **Pétur Steinn Guðmundsson hdl.**
> Attorney at Law
>
> **Lögvit ehf. - lögmannsstofa**
> Smáratorgi 3
> 201 Kópavogur
> Sími/tel:     +354 580 3450
> Beinn/direct: +354 580 3147
> Gsm/Mobile: +354 693 1307
> e-mail: **ps@logvit.is**