

Account: REDACTED 9303
Amount: 50,000.00
PostDate: 20150701
Tran_ID: 564949876
CheckNum: 310089082
DIN: 564949876
ReturnReasonDescription:
ECEItemSeqNum: 599333170843

Account: REDACTED
Amount: 50,000.00
PostDate: 20150701
Tran_ID: 564949876
CheckNum: 310089082
DIN: 564949876
ReturnReasonDescription:
ECEItemSeqNum: 599333170843



Account: REDACTED 4532
Amount: 50,000.00
PostDate: 20150701
Tran_ID: 564949876
CheckNum: 0
DIN: 564949886
ReturnReasonDescription:
ECEItemSeqNum: 599333170842

Account: REDACTED
Amount: 50,000.00
PostDate: 20150701
Tran_ID: 564949876
CheckNum: 0
DIN: 564949886
ReturnReasonDescription:
ECEItemSeqNum: 599333170842



Account: REDACTED 9303
Amount: 25,000.00
PostDate: 20150723
Tran_ID: 705768296
CheckNum: 310267721
DIN: 705770111
ReturnReasonDescription:
ECEItemSeqNum: 07542771207

Account: REDACTED 9303
Amount: 25,000.00
PostDate: 20150723
Tran_ID: 705768296
CheckNum: 310267721
DIN: 705770111
ReturnReasonDescription:
ECEItemSeqNum: 07542771207



Account: REDACTED 4532
Amount: 25,008.00
PostDate: 20150723
Tran_ID: 764157286
CheckNum: 0
DIN: 764157296
ReturnReasonDescription:
ECEItemSeqNum: 102535020104

Account: REDACTED 4532
Amount: 25,008.00
PostDate: 20150723
Tran_ID: 764157286
CheckNum: 0
DIN: 764157296
ReturnReasonDescription:
ECEItemSeqNum: 102535020104



Account: REDACTED 9303
Amount: 25,000.00
PostDate: 20150720
Tran_ID: 727694291
CheckNum: 310280681
DIN: 727694851
ReturnReasonDescription:
ECEItemSeqNum: 03542858222

Account: REDACTED 4532
Amount: 25,008.00
PostDate: 20150720
Tran_ID: 727209951
CheckNum: 0
DIN: 727209961
ReturnReasonDescription:
ECEItemSeqNum: 191133071080

Account: REDACTED 9303
Amount: 25,000.00
PostDate: 20150720
Tran_ID: 727694291
CheckNum: 310280681
DIN: 727694851
ReturnReasonDescription:
ECEItemSeqNum: 03542858222

Account: REDACTED 4532
Amount: 25,008.00
PostDate: 20150720
Tran_ID: 727209951
CheckNum: 0
DIN: 727209961
ReturnReasonDescription:
ECEItemSeqNum: 191133071080