# Wire Transfer

DWR-00097964 - PET FOOD EXPERTS INC (PET)


BANKRHODEISLAND.COM

## Wire Details

| | |
|---|---|
| Transaction Number | DWR-00097964 |
| Recurring Frequency | One-Time Payment |
| Amount | USD 420,000.00 |
| Debit Account | REDACTED |
| Notify Initiator Options | Pending Actions: Notify via EMAIL |
| | Pending Release: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| Payment Date | 06/12/2015 |

## Originator Information

| | |
|---|---|
| Originator Name | PET FOOD EXPERTS INC |
| Originator Address 1 | 1 JOHN C DEAN MEMORIAL BLVD |
| Originator Address 2 | CUMBERLAND, RI 02864 US |
| Originator Address 3 | |

## Beneficiary / Payee Information

| | |
|---|---|
| Name | Boston Law Group, PC |
| Beneficiary ID Type | Account Number |
| Beneficiary ID | REDACTED |
| Address 1 | |
| Address 2 | |
| Address 3 | |

## Beneficiary Bank Information

| | |
|---|---|
| Name | CITIZENS BANK, NATIONAL ASSOCIATION |
| Beneficiary Bank ID Type | Fed ABA |
| Beneficiary Bank ID | REDACTED |
| Address 1 | |
| Address 2 | |
| Address 3 | |

## Additional Reference Information

| | |
|---|---|
| Reference Information for Beneficiary | Pet Food Experts |
| Additional Information For Beneficiary | Jim Alden |

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Jun 12, 2015 11:50:12 AM EDT | Created | PET / ANNA (Anna Carvalho) | Wire Created, |