Contact Us Today! 770.948.7600

Login (/Modal_forms/Nojs/Login)  |  Contact (/Contact)   Search


Southeast Pet (/)

Home (/)    About (/about)    Retailers (/retailers)    Vendors (/content/manufacturers)    News (/nownewnext)    Team (/employees)

Shop (/shop)

# New Vendor: Icelandic Plus

Submitted by rbesch@southeas... (/nownewnext/rbesch%40southeas...) on Mon, 05/16/2016 - 11:58



**Icelandic+** introduces their new Icelandic Lamb Horns, an ideal dental chew treat made from 100% Icelandic lamb. Lamb horns are an ethical choice that eco-conscious pet owners will love and dogs crave. Once a lamb bi-product formerly tossed into landfills, they're now a sustainable dog treat with of nutrition and chewing satisfaction. **Icelandic+** is a green business committed to using sustainabl and only Earth Rated® materials in all their packaging supplies.

*Why Icelandic+ lamb horns?*
• A good source of protein, iron, zinc, and other nutrients.
• 100% ingestible and digestible.
• Ideal for safe chewing and easier on a dog's teeth.
• Help keep teeth clean and healthy.

• Sourced from free-range, nature-fed Icelandic lambs reared for human consumption.
• Adhere to strict agricultural and inspection laws of Iceland, the U.S., and EU to ensure the highest standard of quality and safety.
• A sustainable option for eco-conscious pet owners.
• No preservatives, hormones, flavors, or additives.

Click here to shop for Icelandic Plus at SoutheastPet.com (http://eshop.southeastpet.com/viewProductPage&page=SEP_BYMANUFACTURER_ICELANDICPLUS_DOG)

    (http://www.icelandicplus.com/)

**Categories:**

Product News (/Nownewnext/Categories/Product-News)

**Tags:**

New Vendor (/Nownewnext/Tags/New-Vendor)

Log in (/user/login?destination=node/317%23comment-form) to post comments

## Categories

- Company News (/Nownewnext/Categories/Company-News)
- Industry News (/Nownewnext/Categories/Industry-News)
- Product News (/Nownewnext/Categories/Product-News)
- Promotions (/Nownewnext/Categories/Promotions)

## Archive

- 2016 (/Nownewnext/Archive/2016)
  - October (/Nownewnext/Archive/2016/10)
  - September (/Nownewnext/Archive/2016/09)
  - August (/Nownewnext/Archive/2016/08)
  - July (/Nownewnext/Archive/2016/07)
  - June (/Nownewnext/Archive/2016/06)
  - May (/Nownewnext/Archive/2016/05)
  - April (/Nownewnext/Archive/2016/04)
  - March (/Nownewnext/Archive/2016/03)
  - January (/Nownewnext/Archive/2016/01)
- 2015 (/Nownewnext/Archive/2015)
  - December (/Nownewnext/Archive/2015/12)
  - November (/Nownewnext/Archive/2015/11)
  - October (/Nownewnext/Archive/2015/10)
  - September (/Nownewnext/Archive/2015/09)
  - July (/Nownewnext/Archive/2015/07)
  - June (/Nownewnext/Archive/2015/06)
  - March (/Nownewnext/Archive/2015/03)

## Popular Tags

Announcements (/Nownewnext/Tags/Announcements)   Blitz Promotions (/Nownewnext/Tags/Blitz-Promotions)   Blog Series (/Nownewnext/Tags/Blog-Series)   Chickens (/Nownewnext/Tags/Chickens)   Companion Animal (/Nownewnext/Tags/Companion-Animal)   Delivery Updates (/Nownewnext/Tags/Delivery-Updates)   Donations (/Nownewnext/Tags/Donations)   ESOP (/Nownewnext/Tags/Esop)   Goat's Milk (/Nownewnext/Tags/Goats-Milk)   Holiday Schedule (/Nownewnext/Tags/Holiday-Schedule)   Holidays (/Nownewnext/Tags/Holidays)   Icon Award (/Nownewnext/Tags/Icon-Award)   Independent Distributor (/Nownewnext/Tags/Independent-Distributor)   Independent Pet Stores (/Nownewnext/Tags/Independent-Pet-Stores)   Merchandising (/Nownewnext/Tags/Merchandising)   New Items (/Nownewnext/Tags/New-Items)   New Vendor (/Nownewnext/Tags/New-Vendor)   Pawlitical Convention (/Nownewnext/Tags/Pawlitical-Convention)   Promotions (/Nownewnext/Tags/Promo   Raw Food (/Nownewnext/Tags/Raw-Food)   Recall (/Nownewnext/Tags/Recall)   Retailer (/Nownewnext/Tags/Retailer)   Southeast Pet (/Nownewnext/Tags/Southeast-Pet)   Trade Show (/Nownewnext/Tags/Trade-Show)



Home (/)   |   About (/about)   |   Retailers (/retailers)   |   Vendors (/content/manufacturers)   |   News (/nownewnext/categories/promotions)   |   Team (/employee

Shop (/shop)

## Locations

**Atlanta, Georgia (Main Office)**
7775 The Bluffs, Suite H
Austell, GA 30168

**Lakeland, Florida (Distro Center)**
2560 Old Combee Rd Suite 27
Lakeland, FL 33805

**Contact**

Phone: (770) 948-7600 Toll Free: (800) 294-1901 Fax: (800) 503-9462

Copyright © 2015, by Southeast Pet. Text, Graphics and code are protected by US and International copyright laws and may not be copied, reprinted, published, translated, hosted or otherwise distributed by any means without explicit permission.