

Pet Supplies | Dogs | Cats | Fish & Aquatics | Small Animals | Birds | Reptiles | Horses | Top Deals

‹ Back to search results for "lamb horns"









Click to open expanded view

## Pure Icelandic Lamb Horn Dog Treat

by Icelandic+

★★★★☆   8 customer reviews

Price: **$15.99** & **FREE Shipping** on orders over $49. Details

**In Stock.**
Want it **Sunday, Nov. 27?** Order within **10 hrs 57 mins** and choose **Two-Day Shipping** at checkout. Details
Sold by Icelandic+ and Fulfilled by Amazon. Gift-wrap available.

- 100% Natural: No Additives, Preservatives, or Supplements!
- Edible and Digestible
- Long-lasting: Hours of Chewing Fun!
- Full of Beneficial Nutrients
- Ethically Sourced, Environmentally Friendly and Sustainable

Compare with similar items
**New** (1) from $15.99 & **FREE** shipping on orders over $49.00.
Details



IRIS USA
Save up to 20% on deluxe pet carriers and more ›Shop now

### Frequently Bought Together



Total price: **$29.77**

[ Add both to Cart ]

[ Add both to List ]

ⓘ These items are shipped from and sold by different sellers. Show details

☑ **This item:** Pure Icelandic Lamb Horn Dog Treat  $15.99
☑ ABO Gear Natural Water Buffalo Bully Horns Edible Treats  $13.78

### Sponsored Products Related To This Item  (What's this?)

Share ✉ f 🐦 📌

Qty: 1 ▼

☐ Yes, I want **FREE Two-Day Shipping** with **Amazon Prime**

[ 🛒  Add to Cart ]

Turn on 1-Click ordering for this browser

**Ship to:**
BRAINTREE, MA 02184 ▼

[ Add to List ]



*Natural Wholesome Nutrition Your Do...*

**20% off coupon**
on NUTRO Adult Small Bites Lamb and Rice Dog Food, 15 lbs.
Offer ends on or before 12/1/16

Ad feedback 💬



    

| USA 8-9 Inch Deer Antler Dog Chew by Best Bully Sticks (1 Antler) | Blue Buffalo Wilderness Wild Bones Large Bones, 10 oz. | Grade-A Medium Split Elk Antler Dog Chew (1 Antler) Sourced in the USA | Chew & Chew Cheese Stuffed Antler (Large) 8 oz | USA Meaty Beef Knee Cap Bone 5 pack All Natural |
| --- | --- | --- | --- | --- |
| ★★★☆ 85 | ★★★★½ 833 | ★★★★ 516 |  | ★★★ 1 |
| $10.99 Prime | $10.85 Prime | $9.99 Prime | $12.17 | $12.99 Prime |

Ad feedback

## Customers Who Bought This Item Also Bought

   

| ABO Gear Natural Water Buffalo Bully Horns Edible Treats | Pet Probiotics (120 servings) - Complete Veterinary Formula for Canine & Feline Gut… | Zuke's Mini Naturals Healthy Moist Training Treats | KONG Scrunch Knots Dog Toy Realistic Squirrel Pelt w/ internal Knot Choose Size | Large Australian Goat Horn Dog Chews by Best Bully Sticks (3 Pack) |
| --- | --- | --- | --- | --- |
| ★★★★ 145 | ★★★★ 194 | ★★★★½ 4,242 | ★★★☆ 345 | ★★★★ 31 |
| $13.78 Prime | $25.99 Prime | $6.50 | $7.57 Prime | $17.99 Prime |



**BUBA CHEW Natural Water Buffalo Horn - Jumbo**
★★★★ 37
$14.49 Prime

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

1. **L.a.m.b. at Zappos** — Free Shipping Both Ways on **L.A.M.B.** 365 Day Returns. Huge Selection!    www.zappos.com/L.A.M.B
2. **Sheep Horns 70% Off** — **Sheep Horns** Deals Free Shipping, In Stock, Buy Now.    **sheep**.forcheap.today/

Ad feedback

## Special Offers and Product Promotions

- Your cost could be **$0.00 instead of $15.99**! Get a **$50.00 gift card instantly** upon approval for the **Amazon.com Rewards Visa Card**. Apply now.

## Product Description

Our 100% natural and edible Icelandic Lamb Horns are long-lasting and contain no additives, preservatives, hormones, or supplements. These nutrient-rich horns reduce tartar & plaque build-up for healthier gums and teeth while providing hours of chewing enjoyment for your dog. We source our Lamb Horns from eco-friendly, sustainable farms -- mostly small family farms -- that raise Icelandic lambs for human consumption. These farmers are required to follow the strict agricultural and inspection laws of Iceland, the U.S., and EU to ensure the meat's quality and safety meets the highest standards. All horns are cleaned, boiled, and baked within FDA, USDA, EU, and MAST standards and regulations. Icelandic lambs enjoy a free-range life, roaming pastures, feeding on wild grass and moss and drinking Iceland's mineral-

rich water that is renowned for being the cleanest water in the world. Treat your furry friend to a healthy, delicious snack from the purest place on Earth.

place on Earth.

## Product Details

**Item Weight:** 4 ounces
**Shipping Weight:** 12.8 ounces (View shipping rates and policies)
**ASIN:** B01CJ3OKF6
**Average Customer Review:** ★★★★☆ (8 customer reviews)
**Amazon Best Sellers Rank:** #34,804 in Pet Supplies (See Top 100 in Pet Supplies)
  #277 in Pet Supplies > Dogs > Treats > Bones
**Product Warranty:** For warranty information about this product, please click here
  Would you like to **give feedback on images**?

## Important Information

**Safety Information**
Supervise use. Horns vary naturally in color, shape, and size. It may be advisable to remove the point of the horn if it seems too pointy, but this is rarely an issue.

**Legal Disclaimer**
Always supervise your dog while chewing. Net Wt: 3.2-4.0 oz (90-114 g). The size, weight, shape, and color of horns vary in nature and therefore vary in our products.

## Compare to Similar Items



|  | This item Pure Icelandic Lamb Horn Dog Treat | Elk Antler Dog Bone, Organic Chew, All Natural Healthy 4" Chew For Small Dogs, From Montana Elk, Made in USA, | Chasing Our Tails Elk Rack Snack, 100-Percent All Naturally Shed Elk Antler Chew, Medium Size 5-Inch to 7-Inch, For up to 40# Dogs | Jones Natural Chews Lamb Shank Bone Shrinkwrap 7 in |
|---|---|---|---|---|
| Customer Rating | ★★★★☆ (8) | ★★★★☆ (122) | ★★★★☆ (428) | ★★★☆☆ (22) |
| Price | $15.99 | $11.97 | $10.99 | $4.51 |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | Icelandic+ | Buck Bone Organics | Amazon.com | BIC Warehouse |
| Item Dimensions | Information not provided | 1.25 x 4 x 1.25 in | 5 x 5 x 1.25 in | 3 x 7 x 2 in |
| Size | Information not provided | Small 4" | Varies from approx 5-inch to 7-inch in length | 8" |
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

## Sponsored Products Related To This Item (What's this?)






**Furbo Dog Camera: HD Wifi Cam, 2-Way Audio, and Treat Tossing**
★★★★☆ 145
$186.00 ✓Prime

**Benebone Bacon Flavored Wishbone Chew Toy**
★★★★☆ 2,508
$11.59 ✓Prime

**USA 8-9 Inch Deer Antler Dog Chew by Best Bully Sticks (1 Antler)**
★★★★☆ 85
$10.99 ✓Prime

**Grade-A Large Split Elk Antler Dog Chew (1 Antler) Sourced in the USA**
★★★★☆ 516
$17.99 ✓Prime

**100% All Natural, Grade A, Antler Elk Chews, Premium Dog Treat Chew - From the USA!, (Small**
★★★★☆ 238
$8.99




Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

 8

4.1 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 75% |
| 4 star | | 0% |
| 3 star | | 13% |
| 2 star | | 12% |
| 1 star | | 0% |

Share your thoughts with other customers

Write a customer review

See all 8 customer reviews ▸

### Most Recent Customer Reviews

**Puppy love**
My dog loves these! It keeps her teeth nice and clean.
Published 19 days ago by CButcher

**Great chew treat.**
My Basenji loves this. It is the only chew that he is interested in. No nasty smell either.
Published 2 months ago by Beatrice A. Hageman

**Puppy's Favorite!**
Our puppy absolutely loves them. We were buying them from a local pet store but found them at Amazon at a more reasonable price.
Published 3 months ago by Buch

**Our favorite!**
My dog LOVES these! No smell, long lasting and quite the treat. We love them!
Published 4 months ago by Elizabeth A. Stephenson

**Search Customer Reviews**

[ 🔍 ]  [ Search ]

## Top Customer Reviews

**Better than antlers**
By **mg55** on September 1, 2016
Verified Purchase

One of the best chews on the market right now - they do have some odor when wet, but not nearly as bad as a bully stick. They last months - we've had two going with our dog for 4 months now with minimal wear and tear. They are not as hard as antlers, and my dog seems to enjoy them more. When small pieces come off, they are soft and digestible. By contrast, my dog managed to crack a small piece of an antler off, the edge was sharp and it was hard like a rock, luckily I managed to throw it out before he could eat it. In comparison to water buffalo horns which are also popular right now - these lamb horns are thinner and more hollowed out, definitely softer, definitely have a stronger odor. My dog prefers these over water buffalo horns.

Comment  |  One person found this helpful. Was this review helpful to you?  [ Yes ]  [ No ]  Report abuse

 **Messy, Broke Apart**
By **Nick F.** on August 10, 2016
Verified Purchase

MESSY. This thing breaks into tiny little pieces with my two labs chewing on it. It does last a long time, but it's very thin so much so that I could bend it with my hand. It came apart and little pieces slowly shed everywhere in our living room. The dogs loved it, until our 1 year old lab threw up pieces of it he had chewed off.

Comment  |  Was this review helpful to you?  [ Yes ]  [ No ]  Report abuse

 **they don't stop her up like regular bones**
By **T. Gibson** on July 26, 2016
Verified Purchase

Our pit loves these. They last a decent amount of time, they don't stop her up like regular bones. They can have a weird order to them when they are wet from chewing.

Comment  |  2 people found this helpful. Was this review helpful to you?  [ Yes ]  [ No ]  Report abuse

★★★☆☆ **I'm sure this is great, it's just expensive and my dog ate it ...**

By Jessica Vittone on September 10, 2016

**Verified Purchase**

I'm sure this is great, it's just expensive and my dog ate it in less than a week. (Small puppy- chewed the heck out of it.) I'm going back to rawhides. :/

Comment   One person found this helpful. Was this review helpful to you?   Yes   No   Report abuse

See all 8 customer reviews (newest first) ›

Write a customer review

## Customers Who Viewed This Item Also Viewed



**ABO Gear Natural Water Buffalo Bully Horns Edible Treats**
★★★★☆ 145
$13.78 Prime



**BUBA CHEW Natural Water Buffalo Horn - Jumbo**
★★★★☆ 37
$14.49 Prime



**BUBA CHEW Natural Water Buffalo Horn - Large**
★★★☆☆ 17
$12.63 Prime



**Large Australian Goat Horn Dog Chews by Best Bully Sticks (3 Pack)**
★★★★☆ 31
$17.99 Prime



**5 Pack Premium Lamb Shank Dog Bones by Shadow River - Product of the USA**
★★★☆☆ 9



**ABO Gear Natural Water Buffalo Bully Horns Edible Treats, 3 Count**
★★★★☆ 69
$24.99 Prime

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
|  | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
|  | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
|  | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
|  | Become an Amazon Vendor |  | Help |
|  | › See all |  |  |

amazon

Australia | Brazil | Canada | China | France | Germany | India | Italy | Japan | Mexico | Netherlands | Spain | United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans |
| | | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2016, Amazon.com, Inc. or its affiliates