11/25/2016 All-natural Icelandic+ Lamb Horn Dog Treat - Icelandic+ Lamb Horns

☰ MENU



CART 

ABOUT US    PRODUCTS    WHERE TO BUY    CONTACT    SIGN IN    CREATE AN ACCOUNT

 CART

# All-natural Icelandic+ Lamb Horn Dog Treat



- Fully Edible
- Long-Lasting & Nutrient-Rich

- 100% Pure Icelandic+™ Lamb Horn
- Reduce tartar & plaque build-up for healthier gums and teeth
- Peace of mind – cleaned, boiled, and baked within FDA, USDA, EU, and MAST standards and regulations
- 100% Natural – no additives, no preservatives, no supplements
- 100% Edible – hours of chewing enjoyment for your pet

**Net Wt**: 3.2–4.0 oz (90–114 g)

**Shipping**: Free shipping when purchasing 5 or more horns within the United States only



*Icelandic+™ Lamb Horns come in a variety of natural colors and range from 8-10 inches in length. Each package contains 1 lamb horn.

Quantity  1   $ 15.99   ADD TO CART

Share  Tweet  Pin it  Fancy  +1

## GET CONNECTED

  

## CUSTOMER SERVICE

info@icelandicplus.com

## NEWSLETTER

Sign up for promos

Email Address

© 2016, Icelandic+ Lamb Horns. Powered by Shopify

