- Professional Email
    - Professional Email
    - Professional Email Plus
    - Mobile Email
    - Microsoft® Exchange Email
- Online Marketing
    - Premium Services
    - Ignite Online Marketing
    - Facebook Boost®
    - Pay Per Click Marketing (PPC)
    - ReputationAlert
    - Search Engine Optimization (SEO)
    - Local Leads
    - Email Marketing
    - Email Marketing Done For You

Order Now: 1-866-908-3442

Search

**Sorry, someone else already owns this domain, but we can help you get it.**

**Backorder for:**

icelandicplus.com ........................................................................  [Backorder]

For only $10.00, we can help you get this domain. Here's how it works: ⓘ

- We'll negotiate for you anonymously with whoever currently owns the domain.
- If the owner of the domain isn't ready to sell yet, we will watch it every day to see when it becomes available.
- If the owner doesn't renew, we'll get it for you before it becomes available to the general public.

icelandicplus.com

Is this your domain name? Renew it now.

```
Domain Name: ICELANDICPLUS.COM
Registry Domain ID: 1957622747_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.networksolutions.com
Registrar URL: http://networksolutions.com
Updated Date: 2016-07-14T10:30:39Z
Creation Date: 2015-09-04T04:00:00Z
Registrar Registration Expiration Date: 2017-09-04T04:00:00Z
Registrar: NETWORK SOLUTIONS, LLC.
Registrar IANA ID: 2
Reseller:
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: PERFECT PRIVACY, LLC
```

```
Registrant Organization:
Registrant Street: 12808 Gran Bay Parkway West
Registrant City: Jacksonville
Registrant State/Province: FL
Registrant Postal Code: 32258
Registrant Country: US
Registrant Phone: +1.5707088780
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: fq6k44ut6ka@networksolutionsprivateregistration.com
Registry Admin ID:
Admin Name: PERFECT PRIVACY, LLC
Admin Organization:
Admin Street: 12808 Gran Bay Parkway West
Admin City: Jacksonville
Admin State/Province: FL
Admin Postal Code: 32258
Admin Country: US
Admin Phone: +1.5707088780
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: fq6k44ut6ka@networksolutionsprivateregistration.com
Registry Tech ID:
Tech Name: PERFECT PRIVACY, LLC
Tech Organization:
Tech Street: 12808 Gran Bay Parkway West
Tech City: Jacksonville
Tech State/Province: FL
Tech Postal Code: 32258
Tech Country: US
Tech Phone: +1.5707088780
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: fq6k44ut6ka@networksolutionsprivateregistration.com
Name Server: NS53.WORLDNIC.COM
Name Server: NS54.WORLDNIC.COM
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8003337680
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2016-11-25T17:11:54Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


This listing is a Network Solutions Private Registration. Mail
correspondence to this address must be sent via USPS Express Mail™ or
USPS Certified Mail®; all other mail will not be processed. Be sure to
include the registrant's domain name in the address.

The data in Networksolutions.com's WHOIS database is provided to you by
Networksolutions.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record. Networksolutions.com makes this information available "as is," and
does not guarantee its accuracy. By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Networksolutions.com  (or its systems). The compilation,
```