Home → Pure Icelandic Lamb Horn Long Lasting Chew for Dogs



Zoom

# Pure Icelandic Lamb Horn Long Lasting Chew for Dogs

Be the first to review this product

Long lasting, all natural, pure lamb horn dog chew.

**SKU:** KW50504

**$16.99**  **Availability:** In stock

**Size** *  * Required Fields

Choose an Option... ▼

Qty: 1

♡ Add to Wishlist    ⊡ Add to Compare

⤴ Share

## Manufacturer: IcelandicPLUS

Fast shipping including FREE standard shipping on orders over $75.
More info...

Questions? Call us toll-free at 877-358-3001

Easy returns if you are not satisfied with your purchase.
More info...

Earn rewards points on this purchase!
More info...

0

## Rewards Program

Be sure to create an account when you checkout to earn rewards on your purchases.



### Details | Additional Info | Reviews

The Icelandic Lamb lives most of its life in the highland pastures in one of the most virgin landscapes in the world. Since the settlement of Iceland by Vikings around 900 AD, the import of farm animals has been prohibited and long-standing regulations on the feed of Icelandic livestock make the raw materials for this product pure, and most importantly, healthy for your dog.

- Reduces tartar and plaque build-up for healthier gums and teeth
- Cleaned, boiled and baked within FDA, USDA, EU and MAST standards and regulations

100% Natural- no additives, no preservatives, no supplements

100% Edible - hours of chewing enjoyment for your pet

230-250 grams/8.1 - 8.8 oz as these are all natural and weight varies.

As with all dog chews take the horn away if it becomes small enough to swallow. Always supervise while your dog is enjoying an IcelandicPLUS Lamb Horn.



# PURE ICELANDIC LAMB HORN

One or Two? - One Horn ▼

$15.99

**ADD TO CART**

- Fully Edible
- Long-Lasting & Nutrient-Rich
- 100% Pure Icelandic+™ Lamb Horn
- Reduce tartar & plaque build-up for healthier gums and teeth
- Peace of *mind* – cleaned, boiled, and baked within FDA, USDA, EU, and MAST standards and regulations

- 100% Natural – no additives, no preservatives, no supplements
- 100% Edible – hours of chewing enjoyment for your pet

**Net Wt:** 3.2–4.0 oz (90–114 g)

| f Share | Tweet | Pin it | Fancy | G+ +1 |



← BACK

SEARCH    ABOUT US



© 2016, crateandmarrow. Powered by Shopify

