


Search Products



Home   About ▾   Products   Offers   Blog   Contact

## Product Info

Catalog / Dogs / Icelandic Plus Lamb Horn, Single Pack Dog Treat

### Icelandic Plus Lamb Horn, Single Pack Dog Treat

This 100% Natural and Edible Icelandic Lamb Horn are long-lasting and they contain no additives, preservatives and supplements. On top of hours of chewing enjoyment for your pet, they reduce tartar & plaque build-up for healthier gums and teeth.

**View All Products**

## Categories

- Dogs
  - **All in Dogs**
  - Apparel
  - Beds & Crate Pads
  - Bowls & Feeders
  - Carriers, Crates, Exercise Pens, & Kennels
  - Clean Up - Indoor/Outdoor
  - Collars, Leashes, Harnesses & Muzzles
  - Flea & Tick
  - Gates, Doors & Ramps
  - Grooming
  - Health Care
  - Homes
  - Obedience Training
  - Toys
  - Training and Behavior
  - Travel & Outdoor
  - Treats
  - Stakes, Tie-Outs, Chains & Trolleys
  - Vitamins & Supplements
  - Food
  - Steps
- Cats
- Birds
- Small Animals
- Reptiles & Aquatics
- Large Animals
- Seasonal & Home and Garden

### 🏷 Special Offers



**Half Moon 30 gallon Aquariums Combo & Stand** ( 🖶 Print This )

LED Lighting and the unique Half Moon shape of these aquariums make a stunning combination! Pick up this Combo & Stand for $370.00! (SKUs 972111 + 45035706)  Not valid with any other discounts or sales.

Valid: 11/04/2016 - 11/30/2016

Offered By: Noah's Ark Feed & Supply

**View All Offers**

### 📅 Company Events

We currently do not have any events scheduled.

**View All Events**

### 🔖 Recent Blogs



**Getting Rid of Pet Urine Smell – For Good!**

November 15, 2016

Every pet owner has to deal with the occasional indoor "accident" whether it is before a young pet is properly housetrained, consequences of an illness, the aging of a pet or just an overly excited or stressed pet that may have less control.

➡ Finish reading Getting Rid of Pet Urine Smell – For G...

**Read All Blogs**

---

### Site Map

Home

About ▾

Products

Savings

Blog

Contact

© 2016 Noah's Ark Feed & Supply. All rights reserved.

Serving Devonshire, DV

*Driven by Pet Store Websites*



Home  About  Products  Offers  Blog  Contact

## Contact

### Contact Us Anytime

Feel free to contact us anytime with comments or questions. Our trained staff is ready and waiting to help you. Use this form to contact us and we'll be in touch soon.

Name *
[ Name ]

Email *
[ Email ]

Phone
[ Phone ]

Message *
[ Message ]

[ Submit ]

### Quick Contact

Noah's Ark Feed & Supply

[ Store Info ] [ Store Hours ]

#### Address and Contact

Address:
#3 Marsh Lane, Middle Road
Devonshire, DV DV06 BM
Manager: Amanda Paulos
Phone: 441-236-1533
Fax: 441-236-1544
Email: ajdecouto@link.bm

[ View Location Page ]

### 🏷 Special Offers



**Half Moon 30 gallon Aquariums Combo & Stand** ( 🖨 Print This )

LED Lighting and the unique Half Moon shape of these aquariums make a stunning combination! Pick up this Combo & Stand for $370.00! (SKUs 972111 + 45035706) Not valid with any other discounts or sales.

Valid: 11/04/2016 - 11/30/2016

Offered By: Noah's Ark Feed & Supply

[ View All Offers ]

### 📅 Company Events

We currently do not have any events scheduled.

[ View All Events ]

### 🔖 Recent Blogs



**Getting Rid of Pet Urine Smell – For Good!**
November 15, 2016

Every pet owner has to deal with the occasional indoor "accident" whether it is before a young pet is properly housetrained, consequences of an illness, the aging of a pet or just an overly excited or stressed pet that may have less control.

→ Finish reading Getting Rid of Pet Urine Smell – For G

[ Read All Blogs ]

## Site Map

Home
About
Products
Savings
Blog
Contact

© 2016 Noah's Ark Feed & Supply. All rights reserved.
Serving Devonshire, DV
Driven by Pet Store Websites