**From:** steve barlow <sbarlow@fossaltd.com>
**Subject: Re: Debts**
**Date:** June 28, 2016 at 1:08:31 PM EDT
**To:** I JIAN <ilin@fossaltd.com>

I Jian:

That is the plan - it is obvious that you need a bridge loan. But I will provide it in a reasonable structured way. We have some leverage to structure your debts because you have no assets and those you owe money to have nothing to come after that is liquid. I will help you to figure out how to settle all of your debts.

For example, you owe $16.8k in rent which will be structured as paying monthly rent over the next few months as well as paying off the debt over an agreed upon timeframe with your landlord. There may even be an opportunity in some cases to reduce and negotiate the debt amount by offering the commitment to pay. I need the data that I requested.

This is how debts get resolved. And rather than me taking all of the personal risk, the hope is the business will grow over the next few months and relieve me from being the bank for these debt payments. This is why I need all of the detail of your debts so that I can come up with an ongoing plan and a budget. Thanks.


Regards,

Steve


---


Steve Barlow • Fossa LTD

P.O. Box 801, The Valley, Anguilla, British West Indies AI-2640
sbarlow@fossaltd.com
www.fossaltd.com
usa +1.617.733.3927

Confidentiality Statement:  The information in this message, including all of its contents and any files transmitted with it, is privileged, confidential, exempt from disclosure under applicable law, and is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient or not the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, email, delete this  email and destroy any copies and return the original message to us at the above email address.

On Jun 28, 2016, at 12:49 PM, Fossa <ilin@fossaltd.com> wrote:

What about a bridge loan to keep me alive and from homeless as you told me?

Sent from my iPhone


On Jun 28, 2016, at 12:39 PM, steve barlow <sbarlow@fossaltd.com> wrote:

them