**From:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject: Re: Your letter**
**Date:** September 18, 2016 at 3:17:49 PM EDT
**To:** Hadley Pollet <hadley@hadleypollet.com>
**Cc:** Matthew Shayefar <matt@bostonlawgroup.com>

Hadley,

The conflict is created by i Jan. I have seen convincing evidence that he has engaged in systematic theft from Steve Barlow and Fossa. Given that you have a relationship with him, and given that you are being accused of exactly the same behavior in the current lawsuit against you, it is a conflict for me to continue representing you.

Regardless of your opposition, I will not continue to be your lawyer. I have informed opposing counsel of my decision to withdraw (although I did not inform him of the underlying reasons). He will not oppose it. We are filing a Motion to continue the hearing and to reset the trial calendar. This will give you ample opportunity to find new counsel.

I will be happy to send a copy of your file directly to you or to your new counsel.

Val Gurvits
Sent from my iPhone


On Sep 18, 2016, at 9:01 PM, Hadley Pollet <hadley@hadleypollet.com> wrote:

Val -

I got your letter of September 13, and I am very confused and dismayed by it.  Please explain to me exactly what "actions" you think I have taken to create a conflict of interest that would justify your withdrawal, because I can think of nothing. To the extent that there is a conflict of interest, it is something that you created, not me. Moreover, your effort to withdraw as my counsel just days before a hearing you never even told me about is unacceptable.  I will oppose any motion that you file, and I will hold you responsible for any    damages that I suffer.  I expect that you will continue to represent my interests in this case.

Thanks,

Hadley