## 1481CV05570 McGillian, John F. vs. Hadley Flynn Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley et al

| | | | |
|---|---|---|---|
| **Case Type** | Contract / Business Cases | **Initiating Action:** | Other Contract Action |
| **Case Status** | Open | **Status Date:** | 11/05/2014 |
| **File Date** | 06/19/2014 | **Case Judge:** | |
| **DCM Track:** | F - Fast Track | **Next Event:** | 01/25/2017 |

All Information | Party | Event | Tickler | Docket | Disposition

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 06/19/2014 | Complaint & civil action cover sheet filed | 1 |
| 06/19/2014 | Origin 1, Type A99, Track F. | |
| 06/19/2014 | Plaintiff's ex parte MOTION for approval of attachment by trustee process. The within matter is set down for hearing on June 26, 2014 in Courtroom 520 at 2:00 p.m. (Gordon, J.). Copy given in hand. | 2 |
| 06/19/2014 | Affidavit of John F. McGillian. | 3 |
| 07/01/2014 | (P#2) - After hearing, for good cause shown, and in the absence of opposition by the defendant (who did not appear, despite notice), trustee process is ALLOWED in the amount of $255,000 (Gordon, J.). 6/26/14. Notice mailed 7/1/14. | |
| 07/11/2014 | Trustee Statement, filed by Richard B. Keeler. | 4 |
| 07/31/2014 | SERVICE RETURNED (trustee summons): Richard B. Keeler, Trustee of the Pohogonot Trust 6-27-2015, 39 Rich Valley Road, Wayland, MA 01776 | 5 |
| 07/31/2014 | SERVICE RETURNED: Hadley Flynn Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley(Defendant) on 6/23/14 by leaving at L&U, 18 Graf Road #26 Newburyport, MA 01950 | 6 |
| 08/04/2014 | Pleading, Plaintiff's Request for Entry of Default Pursuant to Mass.R.Civ.P.55(a0, Military Affidavit and Affidavit in Support of Entry of Default, returned to James T Kinder, Esq., for/or John F. McGillian.: Document has to specify which defendant it is being requested for. | |
| 08/27/2014 | ANSWER by Hadley Flynn Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley to COMPLAINT (claim of trial by jury reqstd) | 7 |
| 09/25/2014 | Order Scheduling Litigation Control Conference on 10/29/2014, copies mailed 9/25/2014 | 8 |
| 10/01/2014 | Case status changed to 'Needs review for answers' at service deadline review | |
| 11/05/2014 | Case status changed to 'Needs discovery' at answer deadline review | |
| 07/01/2015 | Plaintiff(s) John F. McGillian's Motion for Alternative Service of Process. Filed in Court and ALLOWED. (Fishman, J.). Copy given in hand. | 9 |
| 07/01/2015 | Summons, returned SERVED<br><br>10/6 2014 L&U return without service<br><br>Applies To: Hadley Pollet LLC (Defendant) | 10 |
| 07/16/2015 | Summons, returned SERVED<br><br>7-1-15, certified mail, return receipt requested (copy), c/0 Hadley Pollet LLC 18 Great Pond, Newbury Port MA 01950<br><br>Applies To: Hadley Pollet LLC (Defendant) | 11 |
| 07/29/2015 | Received from Defendant Hadley Pollet LLC: Answer with claim for trial by jury; | 12 |
| 07/29/2015 | Appearance entered<br>On this date Valentin David Gurvits, Esq. added for Defendant Hadley Pollet LLC | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 07/29/2015 | Appearance entered<br>On this date Valentin David Gurvits, Esq. added for Defendant Hadley Flynn  Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley | |
| 07/29/2015 | Appearance entered<br>On this date Matthew Shayefar, Esq. added for Defendant Hadley Flynn  Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley | |
| 01/28/2016 | The following form was generated:<br><br>Notice to Appear for Final Pre-Trial Conference<br>Sent On:  01/28/2016 10:10:24 | |
| 03/02/2016 | Plaintiff, Defendant John F. McGillian, Hadley Flynn  Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley, Hadley Pollet LLC's  Joint Motion to extend tracking deadline(s) | 13 |
| 03/02/2016 | Endorsement on Motion to Joint (#13.0): Other action taken<br>The FPTC is converted to a Rule 16 conference on the same date and time | |
| 03/04/2016 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  03/04/2016 15:19:38 | |
| 03/07/2016 | Event Result:<br>The following event: Rule 16 Conference scheduled for 03/07/2016 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |
| 03/09/2016 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  03/09/2016 09:22:28 | |
| 03/09/2016 | The following form was generated:<br><br>Notice to Appear for Final Pre-Trial Conference<br>Sent On:  03/09/2016 09:26:05 | |
| 03/11/2016 | Endorsement on Motion to extend tracking deadline(s) (#13.0):  ALLOWED<br>After hearing, ALLOWED as follows: The period to complete discovery is extended to 7/7/16. Any Rule 56 shall be served by 8/1/16 and filed in compliance with Superior Court Rule 9A(b)(5) by 8/31/16. The court shall conduct a Final Pretrial Conference on 9/22/16 at 2 p.m. If a Rule 56 motion is filed, it shall be heard at the time set for, and in lieu of, the Final Pretrial Conference. (Dated: 3/7/16) notice sent 3/11/16 | |
| 09/19/2016 | Plaintiff, Defendant John F. McGillian, Hadley Flynn  Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley's  Joint Motion to continue<br>Hearing | 14 |
| 09/19/2016 | Attorney Matthew Shayefar, Esq., Valentin David Gurvits, Esq.'s motion to withdraw as counsel of record for party<br><br>Applies To: Gurvits, Esq., Valentin David (Attorney) on behalf of Hadley Pollet LLC (Defendant); Shayefar, Esq., Matthew (Attorney) on behalf of Hadley Flynn  Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley (Defendant) | 15 |
| 09/20/2016 | Endorsement on Motion to continue / reschedule an event Final Pretrial Conference (#14.0):  ALLOWED<br>Allowed in part insofar as the hearing on 9/22/16 shall be held to address the issue of counsel. Defendants' counsel shall notify Hadley Pollet of the hearing on 9/22/6 and of the Court's expectation that defendant shall attend the hearing in person. The Court will set a schedule for future proceedings in this case on 9/22/16. (Dated: 9/20/16) notice sent 9/20/16 | |
| 09/20/2016 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  09/20/2016 14:54:09 | |
| 09/20/2016 | Event Result:<br>The following event: Rule 56 Hearing scheduled for 09/22/2016 02:00 PM has been resulted as follows:<br>Result: Not Held<br>Reason: By Court prior to date | |
| 09/20/2016 | Defendant Hadley Flynn  Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley, Hadley Pollet LLC's EMERGENCY Motion to continue / reschedule an event 09/22/2016 02:00 PM Motion Hearing | 16 |
| 09/20/2016 | Endorsement on Motion to continue / reschedule an event Motion Hearing (#16.0):  Other action taken<br>ALLOWED only if by 9/21/16 counsel for defendant provides the court with a date and time during the week of 9/26/16 that is acceptable to all counsel and Ms. Pollet to attend the hearing. Otherwise, the hearing shall occur on 9/22/16 as scheduled and counsel from out of town may participate by telephone. (Dated: 9/20/16) notice sent 9/20/16 | |
| 09/22/2016 | Event Result:<br>The following event: Motion Hearing scheduled for 09/22/2016 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 09/22/2016 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  09/22/2016 14:54:38 | |
| 09/22/2016 | The following form was generated:<br><br>Notice to Appear<br>Sent On:  09/22/2016 14:56:25 | |
| 09/30/2016 | Endorsement on Motion to Withdraw as Counsel (#15.0): ALLOWED<br>After hearing, ALLOWED ultimately without opposition of Ms. Pollet. The Clerk shall schedule a Final Pretrial Conference in January 2017 to give Ms. Pollet an opportunity to secure new counsel. Notwithstanding Mr. Gurvits' agreement to return the money Ms. Pollet paid him for his representation in this case, that alone does not resolve the potential conflict issue. I cannot determine on the record before me whether Mr. Gurvits violated the Rules of Professional Conduct by pursuing or agreeing to represent a client adverse to Ms. Pollet's boyfriend and employer, if Ms. Pollet is a potential party or material witness in the new case, or if Mr. Gurvits may ethically continue to represent the plaintiffs in that new case. See e.g. Mass. R. Prof. Conduct 1.6, 1.7, 1.8(b), 1.9(c). The situation has the appearance of client-shopping.  Before proceeding further with their new representation, it is incumbent on Mr. Gurvits and Mr. Shayefar to determine that they may ethically represent their new client(s) who are now adverse to Ms. Pollet's boyfriend and employer, including potentially seeking a formal ruling from the Office of Bar Counsel. (Dated: 9/30/16) notice sent 9/30/16 (Ms. Pollet notified by mail on 9/30/16) | |
| 09/30/2016 | Attorney appearance<br>On this date Matthew Shayefar, Esq. dismissed/withdrawn for Defendant Hadley Flynn  Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley | |
| 09/30/2016 | Attorney appearance<br>On this date Valentin David Gurvits, Esq. dismissed/withdrawn for Defendant Hadley Flynn  Pollet a/k/a Hadley F. Pollet a/k/a Hadley Pollet a/k/a Hadley | |
| 09/30/2016 | Attorney appearance<br>On this date Valentin David Gurvits, Esq. dismissed/withdrawn for Defendant Hadley Pollet LLC | |
| 09/30/2016 | The following form was generated:<br><br>Notice to Appear for Final Pre-Trial Conference<br>Sent On:  09/30/2016 13:59:37 | |
| 09/30/2016 | Attorney appearance<br>On this date Pro Se added for Defendant Hadley Pollet LLC | |
| 09/30/2016 | General correspondence regarding letter from Attorney Gurvits dated September 30, 2016 re: case filed in Suffolk Superior Court, length of representation  of Mr. Steven Barlow | 17 |
| 09/30/2016 | Event Result:<br>The following event: Hearing on Withdrawal of Attorney scheduled for 09/30/2016 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled | |
| 11/18/2016 | General correspondence regarding Letter from Hadley Pollet to judge Krupp ( filed ) | 18 |