











# ICELANDIC+™

*Not just pure, Icelandic pure.*™



## Leading the Pack on Purity

Icelandic+ makes all-natural pet treats – using ethically sourced, pure Icelandic ingredients – that meet the specific digestive, physiological, metabolic, and nutritional needs of dogs and cats. Our in-house physiologist and nutritionist make sure of it. Plus, all materials used in our edible horns and other pet treats are traceable to their origin, providing greater accountability and transparency, and it protects the integrity of our products.

Icelandic+ is a green business. As part of our commitment to purity, we've partnered with farms and processing facilities to establish a revenue-generating solution that helps reduce landfill mass by making good use of nutrient-rich animal bi-products. We also process our treats with geothermal-based energy, a clean and sustainable energy that comes directly from the heat of the Earth. For all packaging and bagging supplies, Icelandic+ uses only Earth Rated® materials. All this because we believe in healthy pets and a healthy environment.

### Icelandic+ Lamb Horns

We're first introducing our new Icelandic Lamb Horns that are an optimal dental chew treat made from 100% pure Icelandic lamb. Dogs find them impossible to resist – they're flavorful, healthy, and fun! Lamb horns are also an ethical choice that eco-conscious pet owners will love. Once a lamb bi-product formerly tossed into landfills, they're now a sustainable dog treat with loads of nutrition and chewing satisfaction.

### Why lamb horns?
- A good source of protein, iron, zinc, and other nutrients.
- 100% ingestible and digestible (unlike deer/elk antlers and Buffalo horns).
- Ideal for safe chewing and easier on a dog's teeth.
- Help keep teeth clean and healthy.
- Sourced from free-range, nature-fed Icelandic lambs reared for human consumption.
- Adhere to strict agricultural and inspection laws of Iceland, the U.S., and EU to ensure the highest standard of quality and safety.
- A sustainable option for eco-conscious pet owners.
- No preservatives, flavors, or additives.
- They have a serious fun factor that dogs love!

    

All Nature-Fed   Zero Preservatives   Zero Hormones   100% Ingestible/Digestible   100% Viking



## About Iceland and Icelandic Lamb

Iceland is one of the most virgin landscapes in the world with a pristine coastline, lush farmlands, majestic glaciers, fiery volcanoes, and untouched highlands. It redefines purity. Products harvested from this clean, natural environment, like our lamb horns for dogs and other pet treats, benefit from higher levels of nutrients and the absence of chemicals like pesticides, herbicides, and other toxins.

Brought to Iceland by the Vikings thousands of years ago, Icelandic lamb is considered to be one of the healthiest meats to eat. It is genetically pure and they are exclusively raised outside, breathing Iceland's unpolluted mountain air, roaming its pastures, drinking mineral-rich water, and feeding on wild grass, moss, sage, and everything nature's bounty has to offer. It is forbidden to give Icelandic lambs hormones as growth promoters or feed them grain with antibiotics as an additive. Even Iceland's strict inspection procedures ensure hygiene, quality control, and traceability. It's the epitome of healthy and pure.

## Why Partner with Icelandic+?

We go above and beyond all natural and organic with pet treats that authentically stand out as 100% pure. There is no other pet brand that offers the level of pet pleasure, nutrition, and sustainability as Icelandic+. Plus, we offer complete branding and marketing support to any retail partner who brings the category into their selling environment. We know that this level of support ensures greater education about the Icelandic+ brand, our commitment to the environment, our pure products, and will help increase sales.

*Contact our sales team today for more information about our lamb horns and other upcoming products, get pricing information, or to make an order.*

*For all sales and product related inquiries please contact us at:*
info@ icelandicplus.is

### Product Availability

- **LAMB HORNS:**
  Immediate with continual delivery
- **MARROW BONES:**
  Immediate with continual delivery
- **FISH SKINS:**
  Fall 2015 with limited initial delivery
- **OTHER TREAT PRODUCTS:**
  Fall 2015 and Spring 2016
- **PET FOOD PRODUCTS:**
  Spring 2017



## ICELANDIC+

© IcelandicPLUS ehf.
IcelandicPLUS ehf., Smáratorg 3, 201 Kópavogur, Iceland
**www.icelandicplus.is**
**Product of Iceland**











# Who cares how pure her DNA is. Her treats come from the purest place in the world.

When it's your dog, what matters isn't how pure her breeding is, it's how pure her treats are. And in all the world, there simply is no purer, more wholesomely delicious treat than IcelandicPlus™ Lamb Horns. Your dog will love them. And you'll love the feeling that comes from knowing that only the purest place on earth could make a dog treat this nutritious.

**IcelandicPlus™ Lamb Horns.** Look for them wherever fine pet products are sold. Like us on Facebook for special offers on our horns.





# ICELANDIC+™
*The best treats for the most loved pets.*™
www.icelandicplus.is

# P U R E



VIKING TESTED · TESTED · SINCE 900 AD

