# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| FOSSA, LTD., ET AL. | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.: **1:16−CV−11914−LTS** |
| I JIAN LIN, ET AL. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Valentin Gurvits**
825 Beacon Street, Suite 20
Newton, MA 02459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mitchell J. Matorin
Matorin Law Office, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ − **Maria Simeone**
*Signature of Clerk or Deputy Clerk*



**ISSUED ON** 2016−11−30 12:08:52.0, Clerk USDC DMA

Civil Action No.: **1:16−CV−11914−LTS**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __VALENTIN GURVITS__
was received by me on (date) __12/6/16__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or    __3 ATTEMPTS__

☒ I served the summons on (name of individual) __TATIANA LENOY__, who is
designated by law to accept service of process on behalf of (name of organization) __VALENTIN GURVITS__
_____ on (date) __12/7/16__ ; or
__12:50 PM__

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ __S6__.

I declare under penalty of perjury that this information is true.

__12/7/16__
Date

_____
Server's Signature

__KEVIN KONLEY — PROCESS SERVER__
Printed name and title
QUICKSERV, INC.
P.O. Box 869103
Milton, MA 02186

_____
Server's Address

Additional information regarding attempted service, etc: