# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **FOSSA, LTD., ET AL.** | |
| *Plaintiff* | |
| v. | Civil Action No.: **1:16−CV−11914−LTS** |
| **I JIAN LIN, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Boston Law Group, P.C.
c/o Valentin Gurvits
825 Beacon Street, Suite 20
Newton, MA 02459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mitchell J. Matorin
Matorin Law Office, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Maria Simeone**

*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2016−11−30 12:08:52.0**, Clerk USDC DMA

Civil Action No.:  **1:16-CV-11914-LTS**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____ *BURTON LAW GROUP, PC*

was received by me on (date)____ *12/6/16* ___.     *c/o VALENTIN GURVITS*
*825 BEACON ST., SUITE 20*

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) *TATIANA LEROY* , who is

designated by law to accept service of process on behalf of (name of organization) *BURTON LAW GROUP, PC*

_____ on (date) *12/7/16* ; or
*12:50 PM* or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $___ *$6* ___.


I declare under penalty of perjury that this information is true.


_____*12/7/16*_____          _____*Kevin Kohler*_____
/Date                                    Server's Signature

                              *KEVIN KOHLER - PROCESS SERVER*
                              Printed name and title

                              QUICKSERV, INC.
                              P.O. Box 869103
                              Milton, MA 02186
                              Server's Address

Additional information regarding attempted service, etc: