UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC., <br><br> Defendants/Counterclaim Plaintiffs, <br><br> v. <br><br> VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS, <br><br> Counterclaim Defendants. | C.A. No. 1:16-cv-11914-LTS |

**STIPULATION OF EXTENSION OF TIME
TO RESPOND TO COUNTERCLAIMS**

Plaintiffs/Counterclaim Defendants Fossa Ltd., IcelandicPLUS, LLC, and Steven Barlow and Defendants/Counterclaim Plaintiffs I Jian Lin and Encompass Communications, Inc. hereby stipulate and agree that the deadline for the Plaintiffs/Counterclaim Defendants to move, answer, or otherwise respond to the counterclaims against them shall be extended from December 19, 2016 until and including January 18, 2017.

This Stipulation applies only to Plaintiffs/Counterclaim Defendants Fossa Ltd., IcelandicPLUS, LLC, and Steven Barlow.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Thomas M. Ciampa* | */s/ Mitchell J. Matorin* |
| Thomas M. Ciampa (BBO# 566898) | Mitchell J. Matorin (BBO#649304) |
| Ciampa Fray-Witzer, LLP | MATORIN LAW OFFICE, LLC |
| 20 Park Plaza, Suite 505 | 18 Grove Street, Suite 5 |
| Boston, MA 02116 | Wellesley, MA 02482 |
| Tel: (617) 426-0000 | Tel: (781) 453-0100 |
| Fax: (617) 423-4855 | Fax: (888) 628-6746 E: |
| tom@CFWLegal.com | mmatorin@matorinlaw.com |
| *Counsel for Fossa Ltd., IcelandicPLUS, LLC, and Steven Barlow* | *Counsel for I Jian Lin and Encompass Communications, Inc.* |

Dated: December 18, 2016

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 18, 2016.

                                               */s/ Thomas M. Ciampa*