UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW, | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | |
| I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC., | ) ) ) ) | C.A. No. 1:16-cv-11914-LTS |
| Defendants/Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS, | ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned hereby gives notice of his appearance as counsel of record in the above-captioned matter for Counterclaim Defendants Valentin D. Gurvits and Boston Law Group, P.C.

                                                  */s/ Evan Fray-Witzer*
                                                  Evan Fray-Witzer (BBO # 564349)
                                                  Ciampa Fray-Witzer, LLP
                                                  20 Park Plaza, Suite 505
                                                  Boston, MA 02116
                                                  Tel: (617) 426-0000
                                                  Fax: (617) 423-4855
                                                  Evan@CFWLegal.com

Dated: December 30, 2016

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 30, 2016.

                                                                         */s/ Evan Fray-Witzer*