UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC.,<br><br>Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 1:16-cv-11914-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-NAMED COURT:

The undersigned hereby gives notice of his appearance as counsel of record in the

above-captioned matter for Counterclaim Defendant Sonya Livshits.

/s/ Thomas M. Ciampa
Thomas M. Ciampa (BBO # 566898)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Tel: (617) 426-0000
Fax: (617) 423-4855
Tom@CFWLegal.com

Dated:  January 2, 2017

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 2, 2017.

<u>/s/ Thomas M. Ciampa</u>