UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC., <br><br> Defendants/Counterclaim Plaintiffs, <br><br> v. <br><br> VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS, <br><br> Counterclaim Defendants. | C.A. No. 1:16-cv-11914-LTS |

**STIPULATION OF EXTENSION OF TIME
TO RESPOND TO COUNTERCLAIMS**

Counterclaim Defendants Valentin D. Gurvits and Boston Law Group, P.C. (collectively, the "BLG Parties"), Counterclaim Defendant Sonya Livshits ("Ms. Livshits") and Defendants/Counterclaim Plaintiffs I Jian Lin and Encompass Communications, Inc. hereby stipulate and agree that the deadline for the BLG Parties and Ms. Livshits to move, answer, or otherwise respond to the counterclaims against them shall be extended up to and including January 27, 2017.

This stipulated extension applies only to BLG Parties and Ms. Livshits.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Evan Fray-Witzer* <br> Evan Fray-Witzer (BBO # 564349) <br> Ciampa Fray-Witzer, LLP <br> 20 Park Plaza, Suite 505 <br> Boston, MA 02116 <br> Tel: (617) 426-0000 <br> Fax: (617) 423-4855 <br> Evan@CFWLegal.com <br> *Counsel for Valentin Gurvits,* <br> *The Boston Law Group, P.C.* | */s/ Mitchell J. Matorin* <br> Mitchell J. Matorin (BBO#649304) <br> MATORIN LAW OFFICE, LLC <br> 18 Grove Street, Suite 5 <br> Wellesley, MA 02482 <br> Tel:  (781) 453-0100 <br> Fax:  (888) 628-6746 E: <br> mmatorin@matorinlaw.com <br> *Counsel for I Jian Lin and Encompass* <br> *Communications, Inc.* |

Respectfully submitted,

*/s/ Thomas Ciampa*
Thomas Ciampa (BBO #566898 )
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Tel: (617) 426-0000
Fax: (617) 423-4855
Tom@CFWLegal.com
*Counsel for FOSSA LTD.,*
*ICELANDICPLUS, LLC,*
*STEVEN BARLOW, and*
*SONYA LIVSHITS*

Dated:  January 3, 2017

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 3, 2017.

                                            */s/ Evan Fray-Witzer*