UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC., <br><br> Defendants/Counterclaim Plaintiffs, <br><br> v. <br><br> VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS, <br><br> Counterclaim Defendants. | C.A. No. 1:16-cv-11914-LTS |

**STIPULATION OF EXTENSION OF TIME
TO RESPOND TO COUNTERCLAIMS**

Plaintiffs/Counterclaim Defendants Fossa Ltd., IcelandicPLUS, LLC, and Steven Barlow; Counterclaim Defendant Sonya Livshits; and Defendants/Counterclaim Plaintiffs I Jian Lin and Encompass Communications, Inc. hereby stipulate and agree that the deadline for Fossa Ltd., IcelandicPLUS, LLC, Mr. Barlow and Ms. Livshits to move, answer, or otherwise respond to the counterclaims against them shall be extended from January 27, 2017 (in the case of Ms. Livshits) and January 18, 2017 (in the case of the Plaintiffs/ Counterclaim Defendants) until and including February 1, 2017.

2

This Stipulation applies only to Plaintiffs/Counterclaim Defendants Fossa Ltd., IcelandicPLUS, LLC, and Steven Barlow, and Counterclaim Defendant Sonya Livshits.

|  |  |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Thomas M. Ciampa* <br> Thomas M. Ciampa (BBO# 566898) <br> Ciampa Fray-Witzer, LLP <br> 20 Park Plaza, Suite 505 <br> Boston, MA 02116 <br> Tel: (617) 426-0000 <br> Fax: (617) 423-4855 <br> tom@CFWLegal.com <br> *Counsel for Fossa Ltd., IcelandicPLUS, LLC, Steven Barlow, and Sonya Livshits* | */s/ Mitchell J. Matorin* <br> Mitchell J. Matorin (BBO#649304) <br> MATORIN LAW OFFICE, LLC <br> 18 Grove Street, Suite 5 <br> Wellesley, MA 02482 <br> Tel:  (781) 453-0100 <br> Fax:  (888) 628-6746 E: <br> mmatorin@matorinlaw.com <br> *Counsel for I Jian Lin and Encompass Communications, Inc.* |

Dated:  January 18, 2016

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 18, 2016.

>                    */s/ Thomas M. Ciampa*