UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC., <br><br> Defendants/Counterclaim Plaintiffs, <br><br> v. <br><br> VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS, <br><br> Counterclaim Defendants. | C.A. No. 1:16-cv-11914-LTS |

**VALENTIN GURVITS AND BOSTON LAW GROUP, P.C.'S
CONSOLIDATED MOTION TO DISMISS PURSUANT
TO G.L. c. 231, §59H AND FED. R. CIV. P. 12(b)(6)**

Pursuant to G.L. c. 231, §59H (the "Anti-SLAPP Statute"), Counterclaim Defendants Valentin Gurvits and Boston Law Group, P.C. (collectively, the "BLG Parties") move to dismiss Count XIV of the Counterclaims (Abuse of Process) and award the BLG Parties their reasonable costs and attorney's fees in connection thereto.

In addition, pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Civ. P. 9(b), the BLG Parties move to dismiss Counterclaim Counts IV (Chapter 93A); IV-B (Interference With Contractual Relations); V (Interference With Prospective Contractual Relations); VI (Misappropriation of Trade Secrets); X (Civil Conspiracy); XII (Civil RICO); XIII (Civil

RICO Conspiracy); and XIV (Abuse of Process) for failing to state a claim upon which relief may be granted and for failure to plead with sufficient particularity.

In support of this Motion, the BLG Parties rely on the contemporaneously-filed Memorandum of Law.

Respectfully submitted,<br>
Valentin Gurvits and Boston Law Group, P.C.<br>
By their attorney,<br>
<br>
<i>/s/ Evan Fray-Witzer</i><br>
Evan Fray-Witzer (BBO # 564349)<br>
Ciampa Fray-Witzer, LLP<br>
20 Park Plaza, Suite 505<br>
Boston, MA 02116<br>
Tel: (617) 426-0000<br>
Fax: (617) 423-4855<br>
Evan@CFWLegal.com

Dated:  January 30, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 30, 2017.

<i>/s/ Evan Fray-Witzer</i>

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Evan Fray-Witzer, hereby certify that, prior to filing this motion, I conferred with counsel for the Lin Defendants in an attempt to narrow or resolve the issues raised herein.

/s/ Evan Fray-Witzer

2