IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS LLC and STEVEN BARLOW,<br>　　　　Plaintiffs,<br>v.<br><br>I JIAN LIN and<br>ENCOMPASS COMMUNICATIONS, INC.,<br>　　　　Defendants, | Case No. **1:16-cv-11914**<br><br><br><br>**ASSENTED-TO MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS FROM MARCH 2, 2017 TO AND INCLUDING MARCH 9, 2017** |
| I JIAN LIN and<br>ENCOMPASS COMMUNICATIONS, INC.<br>　　　　Counterclaim-Plaintiffs,<br>v.<br><br>FOSSA LTD., ICELANDICPLUS LLC, STEVEN BARLOW,<br>　　　　Counterclaim-Defendants,<br>and<br><br>VALENTIN DAVID GURVITZ, ESQ.,<br>BOSTON LAW GROUP, P.C., and SONYA LIVSHITS<br>　　　　Additional Counterclaim-Defendants. | |

　　　　Defendants/Counterclaim-Plaintiffs I Jian Lin and Encompass Communications, Inc., respectively request a brief additional extension of time to respond to the two separate Motions to Dismiss filed by Counterclaim-Defendants Fossa, Ltd., IcelandicPLUS LLC, Steven Barlow, and Additional Counterclaim-Defendants Valentin Gurvits, Esq., Boston Law Group, P.C., and Sonya Livshits.  The additional extension is reasonably necessary to fully respond to the two motions to dismiss and due to family issues for undersigned counsel.  Accordingly, Defendants/Counterclaim-Plaintiffs request an additional brief extension from the current deadline of March 2 to and including March 9, 2017.

　　　　Undersigned counsel has conferred with counsel for each of the Counterclaim-Defendants, who have assented to this motion.

1

## CONCLUSION

For the foregoing reasons, Lin and Encompass respectfully request that the Court grant them to and including March 9, 2017, to respond to the two Motions to Dismiss.

Dated: February 28, 2017

Respectfully submitted,

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO#649304)
Matorin Law Office, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482
T:  (781) 453-0100
F:  (888) 628-6746
E:  mmatorin@matorinlaw.com

*Counsel for Defendants and Counterclaim-Plaintiffs I Jian Lin and Encompass Communications, Inc.*

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2017.


/s/ Mitchell J. Matorin