IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS LLC and STEVEN BARLOW,<br>   Plaintiffs,<br>v.<br><br>I JIAN LIN and<br>ENCOMPASS COMMUNICATIONS, INC.,<br>   Defendants, | Case No. **1:16-cv-11914**<br><br>**STATUS REPORT** |
| I JIAN LIN and<br>ENCOMPASS COMMUNICATIONS, INC.<br>   Counterclaim-Plaintiffs,<br>v.<br><br>FOSSA LTD., ICELANDICPLUS LLC, STEVEN BARLOW,<br>   Counterclaim-Defendants,<br>and<br><br>VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS<br>   Additional Counterclaim-Defendants. | |

   Per the Court's order of April 5, 2017, Defendants and Counterclaim-Plaintiffs I Jian Lin ("Lin") and Encompass Communications, Inc. ("Encompass") report that counsel for all parties have conferred regarding the availability of counsel and of Messrs. Barlow and Lin for a status conference, and all are available on April 27, 2017. Although that date is preferred, if the Court is unable to schedule the status conference for that date, the parties could also be available on May 2, 2017.

1

Dated: April 10, 2017

Respectfully submitted,

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO#649304)
Matorin Law Office, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482
T: (781) 453-0100
F: (888) 628-6746
E: mmatorin@matorinlaw.com
*Counsel for Defendants and Counterclaim-Plaintiffs I Jian Lin and Encompass Communications, Inc.*

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2017.

/s/ Mitchell J. Matorin