UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW,<br><br>  Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC.,<br><br>  Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS,<br><br>  Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:16-cv-11914-LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIES' STATUS REPORT

Pursuant to the Court's directive of April 28, 2017, the Parties hereby inform the Court that the Parties have not agreed to pursue mediation.

Respectfully submitted,

FOSSA LTD., ICELANDICPLUS, LLC, STEVEN BARLOW and SONYA LIVSHITS,
By their attorney,

/s/ Thomas M. Ciampa
Thomas M. Ciampa (BBO # 566898)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Tel: (617) 426-0000
Fax: (617) 423-4855
Tom@CFWLegal.com

<div style="margin-left: 3in;">

I Jian Lin and Encompass Communications, Inc.
By their attorney,
/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO# 649304)
Matorin Law Office, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-00100
mmatorin@matorinlaw.com

Valentin Gurvits and Boston Law Group, P.C.
By their attorney,

/s/ Evan Fray-Witzer
Evan Fray-Witzer (BBO # 564349)
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Tel: (617) 426-0000
Fax: (617) 423-4855
Evan@CFWLegal.com

</div>

Dated:  May 11, 2017

## CERTIFICATE OF SERVICE

　　I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 11, 2017.

<div style="margin-left: 3in;">

/s/ Evan Fray-Witzer

</div>