UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW, <br> Plaintiffs/Counterclaim Defendants, <br> v. <br><br> I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC., <br> Defendants/Counterclaim Plaintiffs, <br> v. <br><br> VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS, <br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 1:16-cv-11914-LTS |

### DEFENDANTS' STATUS REPORT

During the status conference held on April 28, 2017, the Court ordered Defendants to file a status report with respect to their anticipated motion for judgment on the pleadings. In accordance with that order, undersigned counsel has conferred via email with Plaintiffs' counsel with respect to the bases for Defendants' motion for judgment on the pleadings but anticipates preparing and filing that motion.

                                                Respectfully submitted,

                                                /s/ Mitchell J. Matorin
                                                Mitchell J. Matorin (BBO# 649304)
                                                Matorin Law Office, LLC
                                                18 Grove Street, Suite 5
                                                Wellesley, MA 02482
                                                (781) 453-00100
                                                mmatorin@matorinlaw.com

Dated:  May 25, 2017

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 25, 2017.

/s/ Mitchell J. Matorin