UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC.,<br><br>    Defendants/Counterclaim Plaintiffs<br><br>v.<br><br>VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS,<br><br>    Counterclaim Defendants | C.A. No. 1:16-cv-11914-LTS |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Kindly enter my appearance on behalf of I Jian Lin and Encompass Communications, Inc. Please also forward any and all notices in this case to my attention via electronic notice to the email listed below.

Respectfully submitted,

Dated: June 20, 2017

/s/Daniel J. Murphy
Daniel J. Murphy (BBO No. 549073)
Daniel Murphy (BBO No. 685760)
THE MURPHY LAW GROUP, LLC
30 Massachusetts Avenue
North Andover, MA 01845
(978) 686-3200
Email: djm@mlgllc.com

<u>Certificate of Service</u>

I, Daniel J. Murphy, hereby certify that on June 20, 2017, I served the foregoing Notice of Appearance and Request for Notice by causing a true and correct copy of the same to be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

<u>/s/ Daniel J. Murphy</u>
Daniel J. Murphy