UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FOSSA LTD., ICELANDICPLUS, LLC, and STEVEN BARLOW,<br>    Plaintiffs/Counterclaim Defendants,<br>v.<br><br>I JIAN LIN and ENCOMPASS COMMUNICATIONS, INC.,<br>    Defendants/Counterclaim Plaintiffs,<br>v.<br><br>VALENTIN DAVID GURVITZ, ESQ., BOSTON LAW GROUP, P.C., and SONYA LIVSHITS,<br>    Counterclaim Defendants. | C.A. No. 1:16-cv-11914-LTS |

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c)(1), undersigned counsel moves for leave to withdraw as counsel for Defendants and Counterclaim-Plaintiffs I Jian Lin and Encompass Communications, Inc. (collectively, "Lin").  Lin has obtained new counsel, Daniel Murphy of Murphy Law Group LLC, and Attorney Murphy has filed an appearance in this case.  (*See* Doc. 51.)  Leave to withdraw is required under Rule 83.5.2(c)(1) because a motion is pending before the Court.

Undersigned counsel has conferred with counsel for Plaintiffs and Counterclaim-Defendants, who have assented to this Motion.

### CONCLUSION

For the foregoing reasons, undersigned counsel requests that the Court grant leave to withdraw as counsel for I Jian Lin and Encompass Communications, Inc.

                                                                                   Respectfully submitted,

                                                                                   /s/ Mitchell J. Matorin
                                                                                    Mitchell J. Matorin (BBO# 649304)

Matorin Law Office, LLC  
18 Grove Street, Suite 5  
Wellesley, MA 02482  
(781) 453-00100  
mmatorin@matorinlaw.com

Dated:  June 21, 2017

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 21, 2017.

/s/ Mitchell J. Matorin