# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action
No: 1:16-cv-11914-LTS

FOSSA, LTD. ET. AL.
**Plaintiff**

v.

I JIAN LIN, ET. AL.
**Defendant**

## ORDER OF REMAND

SOROKIN, D.J.

In accordance with the Court's Order dated December 15, 2017, (CM/ECF NO. 68), the above-entitled action is hereby REMANDED to Suffolk County Superior Court.

By the Court,

ROBERT M. FARRELL
CLERK OF THE COURT

/s/Mariliz Montes
Deputy Clerk

December 15, 2017