UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:16-cv-11914-LTS

FOSSA, LTD., ET.AL.
*Plaintiff,*

v.

I JIAN LIN, ET.AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

     In accordance with the Court's Order of Remand to State Court (CM/ECF No. 70) dated December 15, 2017, this case is hereby dismissed and closed.

SO ORDERED.

                                                  /s/ Leo T. Sorokin
                                                UNITED STATES DISTRICT COURT

December 15, 2017