

UNITED STATES POSTAL SERVICE

FILED IN CLERKS OFFICE
19 DEC
2017
U.S. DISTRICT COURT
DISTRICT OF MASS.

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS SCREENED

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

16-CV-11914-LTS [69]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D. Momo
☐ Agent
☐ Addressee

B. Received by (Printed Name): D. Momo
C. Date of Delivery: 12-14-2011

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Suffolk Superior Court
Civil Clerk's Office
3 Pemberton Square
12th Floor
Boston, MA

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 3050 0000 7256 7753

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540